## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| KENTUCKY STATE DISTRICT COUNCIL OF CARPENTERS PENSION TRUST FUND Mark McGriff, Board of Trustees Chairman, and Doug Robinson, Board of Trustees Secretary, KENTUCKY STATE DISTRICT COUNCIL OF CARPENTERS AND MILLWRIGHTS RETIREMENT ANNUITY TRUST FUND, et al.<br><br>Plaintiffs,<br><br>vs.<br><br>CATRON INTERIOR SYSTEMS, INC, MIKE CATRON,<br><br>Defendants. | No. 1:14-cv-01359-TWP-TAB |

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Magistrate Judge submitted his Report and Recommendation on Defendants' Motion to Dismiss (Filing No. 10). The parties were afforded due opportunity pursuant to statute and the rules of this Court to file objections; none were filed. The Court, having considered the Magistrate Judge's Report and Recommendation, hereby adopts the Magistrate Judge's Report and Recommendation.  Defendants' Motion to Dismiss (Filing No. 10) is **GRANTED**.  Final Judgment will be issued by separate order.

Date: 12/30/2015

_____
TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Alan W. Roles
COLEMAN ROLES & ASSOCIATES, PLLC
alanwroles@yahoo.com

Thomas Edward Moss
PAUL T. BERKOWITZ & ASSOCIATES
tom@ptblaw.com

Paul T. Berkowitz
PAUL T. BERKOWITZ & ASSOCIATES, LTD.
paul@ptblaw.com